**From:** sop@cscinfo.com [mailto:sop@cscinfo.com]
**Sent:** Thursday, February 05, 2015 11:40 AM
**To:** Adams, Kiia E
**Subject:** Notice of Service of Process - Transmittal Number: 13435555

# Corporation Service Company ®

## NOTICE OF SERVICE OF PROCESS

## Transmittal Number: <u>13435555</u>
(Click the Transmittal Number to view your SOP)

*For more information on instant access to your SOP, click <u>Sign Me Up</u>.*

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Delta Air Lines, Inc. |
| **Entity I.D. Number:** | 2078129 |
| **Entity Served:** | Delta Air Lines, Inc. |
| **Title of Action:** | Yoly Farmers Corporation vs. Delta Air Lines Inc. |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Property |
| **Court/Agency:** | Gwinnett County State Court, Georgia |
| **Case/Reference No:** | 5C-00576-4 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 02/05/2015 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Trace Dillon
770-513-6400

**Primary Contact:**
Kiia  Adams
Delta Air Lines, Inc

**NOTES:**
Property Damage - $91,038.75

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

YOLY FARMERS CORPORATION
                    PLAINTIFF

                                        CIVIL ACTION
                                        NUMBER

                    VS.

                                        **5 C-00576- 4**

DELTA AIR LINES INC.
C/O CORP SERVICE
COMPANY 40 TECHNOLOGY
PARKWAY S #300
NORCROSS GA 30092
                    DEFENDANT(s)

### SUMMONS

TO THE ABOVE NAMED DEFENDANT(s):

        You are herby summoned and required to file with the Clerk
of Said Court and serve upon the Plaintiff's attorney, whose name
and address is:

                    Trace Dillon
              The Dillon Law Firm, P.C.
              1130 Hurricane Shoals Road
                      Suite 600
              Lawrenceville, GA  30043

an answer to the complaint is herewith served upon you, within 30
days after service of this summons upon you, exclusive of the day
of service.   If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.

This  3rd   day of  Feb              , 20 15.

                              Richard T. Alexander
                              Clerk of Court

              By:  Angela Kyle
                         DEPUTY CLERK

Instructions: Attach addendum sheet for additional parities if
needed, make notation on this sheet if addendum sheet is used.

COCSC-1 Revised 12-99

## IN THE STATE COURT GWINNETT COUNTY
## STATE OF GEORGIA

YOLY FARMERS CORPORATION

            **Plaintiff,**

    **v.**

DELTA AIR LINES INC.

            **Defendant(s).**

15 C-00576-4

**Civil Action
File No.**

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA
2015 FEB -3 PM 3: 33
RICHARD ALEXANDER, CLERK

### COMPLAINT FOR NEGLIGENCE

Comes now Plaintiff, YOLY FARMERS CORPORATION , and for its Complaint states:

### Jurisdiction and Venue

1. The Plaintiff, YOLY FARMERS CORPORATION , (hereinafter "Plaintiff") is a foreign corporation.

2. The Defendant(s), DELTA AIR LINES INC. (hereinafter "Defendant(s)"), is an individual whose address is C/O CORP SERVICE COMPANY 40 TECHNOLOGY PARKWAY S #300, NORCROSS GA 30092.

3. The Defendant(s) is subject to the jurisdiction and venue of this court.

### Facts:

4. Defendant(s) negligently caused damage to property belonging to Plaintiff's insured.

5.  Repair and/or replacement of this damage is attached as
    Exhibit "A."

6.  The total amount of the damage caused is $91,038.75.

7.  Plaintiff's counsel sent Defendant(s) the Demand Letter
    attached as Exhibit "B."

                    **Count One:  Negligence**

8.  Plaintiff realleges the foregoing paragraphs as if fully set
    forth and is incorporated herein by reference.

9.  Defendant(s) has negligently caused harm to Plaintiff as
    alleged above.

    **Wherefore,** Plaintiff prays that it be granted judgment for
the following amounts:

1)  For Count One, Negligence, Plaintiff prays that it be
    granted $91,038.75 in principal, $5,342.60 in prejudgment
    interest, court costs and post judgment interest at the
    legal rate.

Respectfully submitted this ___02___ day of _February_ 20_15_.

THE DILLON LAW FIRM PC

_____
TRACE DILLON or DWAYNE KINNEY
Bar No. 222404 or 857783
Attorney for Plaintiff
1130 Hurricane Shoals Road
Suite 600
Lawrenceville, GA 30043
(770) 513-6400 (Office)
(770) 513-6577 (Facsimile)

Home | Feedback | FAQs | 🔍 [_____] GO>

CONTACT US | ABOUT DELTA CARGO | EVENTS

**PRODUCTS
& RATES**    **GETTING
STARTED**    **WORLDWIDE
FACILITIES**    **SCHEDULES &
FLIGHT STATUS**    **SHIPPING TOOLS
& INFORMATION**



HOME / SHIPPING TOOLS & INFORMATION / CLAIMS / LOSS OR DAMAGE CLAIM FORM

**SHIPPING TOOLS &
INFORMATION**

  AIRCRAFT
  SPECIFICATIONS

  SHIPPING CONTAINERS
  & GUIDELINES

  CLAIMS

  REQUEST AWBS

  E-FREIGHT

## DELTA CARGO LOSS OR DAMAGE CLAIM

A case number will be assigned within 5 business days as detailed in the Instructions for completing claim.  Investigations begin when all supporting documents are received.  Claims are worked in the order received.

**\*Required**

**\*Master Air Waybill Number:**    [006-3498-4180]

**\*Master Air Waybill Date:**    [04/28/2013]

**Customer's Reference Number:**    [2013-04-28]

**\*Claim Description**

| QUANTITY | WEIGHT (LBS/KG) | PRODUCT DESCRIPTION | REASON FOR CLAIM | CLAIM AMOUNT (USD) |
|---|---|---|---|---|
| 20 | 345 | Indian Bitter Me | Spoilage due h | 2800.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Total Amount Claimed: 2800**

## Contact Information

| | |
|---|---|
| *Contact First Name: | Andy |
| *Contact Last Name: | Grullon |
| Company Name: | Yoly Farmers |
| Job Title: | Manager |
| *Address: | 6199 Spencer Terr, 1st FL |
| Address 2: | |
| *City: | Bronx |
| State/Province: | NY |
| ZIP/Postal Code: | 10471 |
| *Country: | USA |
| *Phone Number: | 646-201-2442 |
| *Email Address: | andyg@yolyfarmers.com |
| *Confirm Email Address: | andyg@yolyfarmers.com |

## Claim Notification Details

Written notifications of the specific damage being claimed must be provided to the Carrier within the proper time frame, by the party entitled to delivery as listed on our Air Waybill, for both Domestic and International claims or no action may be brought against the Carrier.

**LOSS/DAMAGE NOTIFICATION:**

Name (first & last):      USDA Inspector Michael Morris

| Title: | Other |
|---|---|
| Initial Notification Location: | Delta cargo.JFK |
| Initial Notification Date: | 04/28/2013 |
| Notification Method: | In Person |

**INSPECTED BY:**

| Inspected By Name: | Green |
|---|---|
| Inspection Date: | 04/28/2013 |
| Title: | Airline representative |

## Terms & Conditions

All claims should be submitted within the proper time limits. Delay submitting could preclude consideration of your claim. See Condition of Carriage for more detail.

☑ * The foregoing statement of facts is hereby certified as correct

| *Type Name Here (electronic signature): | Andy Grullon |
|---|---|

*Date:    05/27/2013

☑ By selecting, I am giving permission for Delta Cargo to send special offers and announcements to the email address I have provided. Cookies/Privacy/Security

**SUBMIT**

Contact Us    About Delta Cargo    Careers    Cookies/Privacy/Security    Legal    Site Map    Delta Air Lines    SkyTeam Cargo
Leadership Team

© 2013 Delta Air Lines, Inc.

Feedback

2013\ 4·28

| Admin | Customer Service | Switchboard | Internal | AP Wirlbill | Status | Interactive | Handling | Cargo Central | USD Central | Changes | Rating | Utilities | Archive |

User ID: 012219  Scalar: JFK  Date: 01 APR13  Clerk: v    **AWB Charges**    Logging Date: 28APR13  Time: 20:08  Terminal: LHR  LB  Volume Unit: CF

**1. View**

Air Waybill  [006]  [34984180]    Collecting Payments On Behalf Of
(●) Signing Station   ( ) Origin   ( ) Destination   [SUBMIT]

**2. Detail**

| Product | Priority | Status | Pad | Exec Date | Export Payment Code | Import Payment Code | EU Currency |
|---------|----------|--------|-----|-----------|---------------------|---------------------|-------------|
| [FRE] 🔍 | [3] | [X] | [GB] 🔍 | [25APR13] | [CC] 🔍 | [CS] 🔍 | [ ] |

Routing
[SDQ] [JFKDL]                                    Shipment Status  [GDS CHKD-IN]

| | | | Total | Max Pieces | Projected |
|---|---|---|---|---|---|
| | | Pieces | 279 | 279 | 0 |

| Contract | Paid | Currency Code | Coin | COD Due |
|----------|------|---------------|------|---------|
| 3382.48 | 3382.48 | [USD] | | |

**3. Billing**    Use This Option Menu To Request The Payment Or Invoice

| Payment | Amount  Currency | Agent | Drawer | Time  Date | CC Code | Number | Expiration Date | Voucher | Authorization Code | Remarks |
|---------|------------------|-------|--------|------------|---------|--------|-----------------|---------|--------------------|---------|
| •CHECK | 1000.00 USD | 012219 | NOCASH44 | 2005 28APR | | 1017 | | | 2223 | |
| •CARD | 2382.48 USD | 012219 | NOCASH44 | 2008 28APR | VI | ••••••••••1190 | | 0416 34984180 | 009820 | |

**4. Active Charges**

**5. Action**

| Method | Type | Amount | Check Number |
|--------|------|--------|--------------|
| | Plus(+) | [USD] | |

| Credit Card | Credit Card Number | Expires | Credit Card Holder's Name | Invoice | Authorization |
|-------------|--------------------|---------|--------------------------|---------|---------------|
| VI | | | | ASF  1/ | |

| Storage | Amount | Days | Conversion Number | Days |
|---------|--------|------|-------------------|------|
| No Storage | | | •••••••••• | |

| Ban Status | | Status Remarks | [SUBMIT] |

3,382.⁴⁸

# ABI AGRO DOMINICANO

Las Mata de Santa Cruz
Montecristy, Dominican Republic
Phone: 809-582-0060
abiagrodominicano@hotmail.com
RNC# 130594589

| | | | | | |
|---|---|---|---|---|---|
| **Sold to:** | Yoly Farmers Corp.   Andy Grullon | | **Invoice** | | 131 |
| | 27 West Street | | **Date** | | 4/28/2013 |
| | Greenpoint NY 11222 | | **Terms** | | |
| | Ph 646-201-2442   Fax: 718-717-7666 | | **Ship Via** | | Delta |
| | | | **FDA** | | 1336 8081 370 |
| | | | **AWB** | | 006-3498 4180 |

| Quantity | Product | Lbs Box | Kgs | Box Price | Total |
|---:|---|---:|---:|---:|---:|
| 89 | Indian bitter melon | 3115 | 1412.95 | $140.00 | $12,460.00 |
| 14 | Indian Long Squash | 630 | 285.77 | $225.00 | $3,150.00 |
| 35 | Chili Peppers | 1050 | 476.28 | $150.00 | $5,250.00 |
| 15 | Snake Gourd | 450 | 204.12 | $120.00 | $1,800.00 |
| 4 | Red habanero Peppers | 32 | 14.52 | $28.00 | $112.00 |
| 30 | tindora | 900 | 408.24 | $120.00 | $3,600.00 |
| 39 | Chinese Okra | 1365 | 619.16 | $140.00 | $5,460.00 |
| 34 | Flat Valor Beans | 1020 | 462.67 | $180.00 | $6,120.00 |
| 2 | Blar Valor Beans | 40 | 18.14 | $140.00 | $280.00 |
| 17 | Round Valor Beans | 340 | 154.22 | $160.00 | $2,720.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **279** | | **8942** | **4056.06** | | **$40,952.00** |



# FaxFax Fax FaxFax Fax Fax Fax Fax Fax FaxFaxFaxFaxFaxFaxFax

| **To:** | Delta Cargo / claims department | **From:** | Andy Grullon |
|---|---|---|---|
| **Fax:** | (404) 714-5022 | **Pages:** | 8 |
| **Phone:** | (404) 714-4541 | **Date:** | May 27, 2013 |
| **Re:** | Ref:2013–04-28  /  AWB 006-3498 4180 | **CC:** | |

Delta Cargo Claims
Atlanta, GA

International Claims Unit,

I am a frequent importer and have been a loyal customer of Delta and Delta Cargo for many years because I appreciate your emphasis on value and excellent service. Yet recent episodes at Delta Cargo has made me question my loyalty.

We have been importing fresh vegetables from the Dominican Republic, which requires refrigeration and proper care as outlined on the air way bills. In many occasions it takes up to four hours for the cargo to be in the warehouse available for USDA inspection; other times 3 to 5 boxes are destroyed in the process, other times the cargo got to the cooler after two hours of being in the warehouse, causing the vegetables to get so hot that gets spoiled and we have to throw it the garbage, like the 20 boxes of Indian Bitter Melons that came on April 28, inside a container, AWB 006-3498 4180, which USDA inspector Michael Morris witnessed temperature of 90 degrees, we suffered a loss of $2,800.00 on this shipment.

Our cargo received on May 13, AWB 3498 4261 was so badly mishandled that too many boxes were broken and products were so damaged that became unsuitable for sale. Enclosed please find documents for these claims.

I am writing also to encourage you to improve your cargo service. It is extremely distressing for a loyal, importer to experience such poor service. I enjoy your airline service for number of reasons, convenient JFK location, and very good service from some of your lead agents like Damon Tsang. I hate having my positive feelings about Delta ruined by these incidents.

Thank you for your prompt attention to these matters.

Best Regards,

From the desk of: Andy Grullon
YOLY FARMERS CORPORATION
6199 Spencer Terr., 1st Fl.
Riverdale NY 10471
Phone (718) 374-6678 / Fax (718) 717-7666
Sales@yolyfarmers.com www.yolyfarmers.com

006 SDQ 3498 4180                    006   3498 4180

**DELTA AIR LINES, INC.**

Not Negotiable
**Air Waybill**
Issued by

Shipper's Name and Address / Shipper's Account Number
ABI AGRO DOMINICANO
LAS MATAS DE SANTA CRUZ MONTECRISTI
REPUBLICA DOMINICANA
TEL:809 582 0060

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

Consignee Name and Address / Consignee's Account Number
YOLY FARMERS CORPORATION
21 WEST STREET, GREEN POINT
NY, 11222, NEW YORK, USA
PHONE: 646 201-2442 / FAX: 347 231-4311

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City
PILARTE CARGO, S. A.
SANTO DOMINGO, REPUBLICA DOMINICANA

Accounting Information

Agent's IATA Code          Account No.
92-1-0007

ALL CHARGES ARE COLLECT

Airport of Departure (Addr. of First Carrier) and Requested Routing
LAS AMERICAS INTL. AIRPORT -SDQ-

Reference Number          Optional Shipping Information

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|----|----|----|----|----|----|----|----|----|----|----|----|
| JFK | DELTA AIRLINES | | | | | USD | CO | ☒ | ☒ | NVD | NCV |

Airport of Destination
JFK KENNEDY- JFK

Flight Date / For Carrier Use Only
DL494/28APR13

Flight Date

Amount of Insurance
XXX

INSURANCE - if carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

Handling Information
///// PERISHABLE SHIPMENT ////// PLEASE KEEP COOLER
SHC: PER FRE PEP INT INS

SCI

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Ultimate destination

Diversion contrary to U.S. law prohibited.

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|----|----|----|----|----|----|----|----|
| 279 | 4472.0 | k | PER | 4472.0 | 0.65 | $2906.80 | FRESH VEGETABALES |
| | | | | | | | DIMS:19x13x08IN=30pcs |
| | | | | | | | 19x13x13in=245pcs |
| | | | | | | | 16x12x07in=04pcs |
| 279 | 4472.00 | | | | | 2906.80 | |

| Prepaid | Weight Charge | Collect |
|----|----|----|
| | | 2906.80 |

Other Charges
DUE AGENT: $135.00

Valuation Charge

FUEL AND SEC INCLUDED IN RATE

Tax

Total Other Charges Due Agent
135.00

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

Total Other Charges Due Carrier

ABI AGRO DOMINICANO
Signature of Shipper or its Agent

| Total Prepaid | Total Collect |
|----|----|
| | 3041.80 |

| Currency Conversion Rates | CC Charges in Dest. Currency |
|----|----|

28Apr/13/11:00am        SDQ
Executed on (date)     at (place)

PILARTE CARGO, S. A.
Signature of Issuing Carrier or its Agent

For Carrier's Use only at Destination

Charges at Destination     Total Collect Charges

006   3498 4180

Magaya Cargo System   www.magaya.com

Ministerio de Agricultura
Departamento de Sanidad Vegetal
República Dominicana

# CERTIFICADO FITOSANITARIO — PHYTOSANITARY CERTIFICATE

A: Organización (es) Nacional (es) de Protección Fitosanitaria de: _Estados Unidos_
To: Plant Protection Organization of:

086451

## I. DESCRIPCIÓN DEL ENVÍO. DESCRIPTION OF CONSIGNMENT

Nombre y dirección del exportador. Name and Address of exporter
_A.B. Agro Dominicano Los Mina de Santa Cruz_

Nombre y dirección declarados del destinatario. Declared Name and Address of consignee
_Holy Farmers Corporation, 71 West Street N.Y 11222_

Número de declaración de los bultos. Declared and Description of packages
_229 cajas_

Marcas distintivas. Marks distintives
_AWB 006 3498 480_

Lugar de origen. Place of origin
_R.D._

Medios de transporte. Means of conveyance
_Aéreo_

Punto de Entrada declarado. Point Entry
_J.F. Kennedy_

Cantidad y nombre del producto. Nombre Botánico. Name of product and Quantity. Botanic Name

_53 cjs — Ajua la Valobhez TRICA purpureus_
_69 cajas — 8010 las Cuadernas taza Romada Richmonia_
_18 cajas — 1350 ln_
_35 cajas — 1500 lbs Anearro CAPSICUM frutescens_
_15 cajas — 4010 ln Berogen Celeno_
_09 cajas — 96 lb Aji Jamaiquino rojo Cafecum chinense_
_30 cjs — 90 lb Tindori Coccinia grandis_
_37 cajas — 1400 lbs Musu China_

Por la presente se certifica que las plantas, productos vegetales u otros artículos reglamentados aquí descritos han sido inspeccionados y/o analizados de acuerdo con los procedimientos oficiales adecuados, se consideran que están libres de las plagas cuarentenarias especificadas y se hallan prácticamente libres de otras plagas perjudiciales, y que se consideran que están sustancialmente libres de otras plagas.

This is to certify that the plants, plant products or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing country, including those for regulated non-quarantine pests. They are deemed to be practically free from other injurious pests. The products are considered to be free from other pests.

## II. DECLARACIÓN ADICIONAL. ADDITIONAL DECLARATION

## III. TRATAMIENTO DE DESINFESTACIÓN O DESINFECCIÓN. DESINFESTATION OR DISFECTION TREATMENT

| | | |
|---|---|---|
| Fecha. Date | Tratamiento. Treatment | |
| Producto (Ingrediente activo) Chemical | Duración y temperatura. Duration and Temperature | Concentración. Concentration |

INFORMACIÓN ADICIONAL. ADDITIONAL INFORMATION

Sello de la organización. Seal organization

Lugar de Expedición. Place of Issue _Aeropuerto Int. las Américas_

Nombre del Funcionario Autorizado. Name of Authorized Officer _Ing. Hector Santana_

Fecha. Date _28 Abril 2007_   Firma. Signature

Este Ministerio de Agricultura y sus funcionarios y representantes declinan toda responsabilidad financiera resultante de este certificado.

No liability attached to Agriculture Dominican Republic or any of its officers in respect of this certificate.

```
** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

TIME SENT                              REMOTE CSID          DURATION    PAGES    STATUS
May 27, 2014 5:40:20 PM GMT-08:00      Delta Air Lines      87          2        Sent
```



Resent May 05, 2014
Resent May 09, 2014
Resent May 14, 2014
Resent May 23, 2014
Resent May 27, 2014

# Fax Fax Fax Fax Fax Fax Fax Fax Fax Fax Fax Fax Fax Fax Fax Fax Fax

| To: | Delta Cargo / claims department | From: | Andy Grullon |
|---|---|---|---|
| Fax: | (404) 714-5022 | Pages: | |
| Phone: | (404) 714-4541 | Date: | JAN 06, 2014 |
| Re: | 2013-DEC-10, AWB 006-3584 3371 | CC: | |

---

Delta Cargo Claims
Atlanta, GA
International Claims Unit,

I am a frequent importer/skymiles frequent flier and have been a loyal customer of Delta and Delta Cargo for many years because I appreciate your emphasis on value and excellent service. Yet recent episodes at Delta Cargo has made me question my loyalty.

We have been importing fresh vegetables from the Dominican Republic, which requires proper care as outlined on the air way bills. In many occasions it takes up to four hours for the cargo to be in the warehouse available for USDA inspection; other times 3 to 5 boxes are destroyed in the process, other times the cargo got to the warehouse after two hours of being out in the cold, causing the vegetables to get so cold that gets spoiled and we have to throw it in the garbage, like the cargo received on 12/10/2013, AWB 006-006-3584 3371, which USDA Inspector Ricardo De Jesus and Delta Ed Poinrier witnessed the damaged cargo by the cold weather from the night before, when this cargo was left outside for over 4 hours under subzero temperature, we suffered a monetary loss of $22,624.30 on this shipment, not counting the loss of business because of it.  21,574.75 correct one

We arrived at Delta JFK at about 9:30 PM, asked Mark the forklift driver and Mr. Green, the supervisor, about our cargo, it was still outside. At 10:30 PM spoke to Damon and explained to him about the situation. We left at 11 PM, still not inside; we learned that our cargo was finally brought in at about 12:30 AM.

Next morning I contacted Mr. Poinrier and he came into the warehouse and witnessed the spoiled produce, enclose please find a copy of the email he sent to parties that should be aware of this continuous problem at Delta JFK.

From the desk of: Andy Grullon
YOLY FARMERS CORPORATION
6199 Spencer Terr., 1st Fl.
Riverdale NY 10471
Phone (718) 374-6678 / Fax (718) 717-7666
Sales@yolyfarmers.com www.yolyfarmers.com



Our cargo received on Dec 10, AWB 006-3584 3371 was so badly mishandled that many boxes were broken and products were so damaged by the cold weather that became unsuitable for sale. Enclosed please find documents for these claims.

I am writing also to encourage you to improve your cargo service. It is extremely distressing for a loyal customer / importer to experience such poor service. I enjoy your airline service for number of reasons, convenient JFK location, and very good service from some of your lead agents like Damon Tsang and Mr. Poinrier.  I hate having my positive feelings about Delta ruined by these incidents.

Thank you for your prompt attention to these matters.

Best Regards,

Andy Grullon, Dir
(646) 201-2442

PS:

WE FIRST SENT THIS ON JAN 06, 2014 WITH ALL THE NECESSARY DOCUMENTS.
WE STILL HAVE NOT RECEIVED AN ANWER, WE REALLY NEED TP SOLVE THESE
SITUATIONS, IT IS ADVERSELY AFECTING OUR CASH FLOW.

PS2:

WE ARE STILL WAITING

From the desk of: Andy Grullon
YOLY FARMERS CORPORATION
6199 Spencer Terr., 1st Fl.
Riverdale NY 10471
Phone (718) 374-6678 / Fax (718) 717-7666
Sales@yolyfarmers.com www.yolyfarmers.com

1/14/14   Loss/Damage Claim Form | Delta Cargo

## ▲ DELTA 🌐
### CARGO

Log in | Home | Feedback | FAQs | 🔍 [_____] GO► | English ▾

CONTACT US | ABOUT DELTA CARGO | EVENTS

**PRODUCTS & RATES** | **GETTING STARTED** | **WORLDWIDE FACILITIES** | **SCHEDULES & FLIGHT STATUS** | **SHIPPING TOOLS & INFORMATION**

- BOOK A SHIPMENT
- TRACK A SHIPMENT
- VIEW BILLING

SHIPPING TOOLS & INFORMATION
- AIRCRAFT SPECIFICATIONS
- SHIPPING CONTAINER GUIDELINES
- CLAIMS
- REQUEST A WAWB
- IFREIGHT

DE HOME / SHIPPING TOOLS & INFORMATION / CLAIMS / LOSS OR DAMAGE CLAIM FORM

### DELTA CARGO LOSS OR DAMAGE CLAIM

A case number will be assigned within 3 business days as detailed in the instructions for completing claim. Investigations begin when all supporting documents are received. Claims are worked in the order received.

*Required

**Master Air Waybill Number:**  `006-3584 3371`

**Master Air Waybill Date:**  `12/10/2013`

**Customers Reference Number:**  `2013--DEC-10A`

*Claim Description

| QUANTITY | WEIGHT (LBS/KG) | PRODUCT DESCRIPTION | REASON FOR CLAIM | CLAIM AMOUNT (USD) |
|---|---|---|---|---|
| 10 | 158.76 KG | Chinese Eggpla | cold burned dan | 1,395.50 |
| 7 | 111.13 | Chinese Okra | cold burned bro | 732.55 |
| 2 | 40.82 | Long Squash | cold burned dan | 269.10 |
| 41 | 371.95 | Valor Broad | cold burned dan | 4,911.80 |
| 42 | 381.02 | Valor Round | cold burned dan | 5,031.60 |
| 20 | 317.51 | Indian B Melon | cold burned dan | 3,493.00 |
| 3 | 47.63 | Indian Egg plan | cold burned dan | 418.00 |
| 11 | 224.53 | Indian Long Sq | cold burned dan | 2,470.05 |
| 3 | 40.83 | Dosakay | cold burned dan | 359.10 |
| 3 | 47.63 | Jack Fruit | cold burned dan | 418.95 |

Total Amount Claimed: 19,499.65

### Contact Information

**Contact First Name:**  `Andy`

**Contact Last Name:**  `Grullon`

**Company Name:**  `Yoly Farmers`

**Job Title:**  `Dir`

**Address:**  `6199 Spencer Terr, 1st FL`

**Address2:**  [_____]

**City:**  `Riverdale`

**State/Province:**  `New York`

**ZIP/Postal Code:**  `10471`

1/14/14                          Loss/Damage Claim Form | Delta Cargo

*Country:                          United States

*Phone Number:                     8462012442

*Email Address:                    andy@yolyfarmers.com

*Confirm Email Address:            andy@yolyfarmers.com

**Claim Notification Details**
Written notifications of the specific damage being claimed must be provided to the Carrier within the proper time frame, by the party entitled to delivery, as listed on our Air Waybill, for both Domestic and International claims or no action may be brought against the Carrier.

**LOSS/DAMAGE NOTIFICATION**

Name (first & last):               Phillip C Grieci

Title:                             Airline representative

Initial Notification Location:     Delta JFK

Initial Notification Date:         12/12/2013

Notification Method:               In Person

**INSPECTED BY:**

Inspected By Name:                 Ed Pointer

Inspection Date:                   12/12/2013

Title:                             Airline representative

**Terms & Conditions**
All claims should be submitted within the proper time limits. Delay submitting could preclude consideration of your claim. See Condition of Carriage for more detail.

☑ *The foregoing statement of facts is hereby certified as correct.

*Type Name Here                    Andy Grullon
(electronic signature):

*Date:                             01/14/2014

☑ By selecting, I am giving permission for Delta Cargo to send special offers and announcements to the email address I have provided. Cookies/Privacy/Security

[ SUBMIT ]

Contact US    About Delta Cargo    Careers    Cookies/Privacy/Security    Legal    Site Map    Delta Air Lines    SkyTeam Cargo

© 2014 Delta Air Lines, Inc.

[-] Feedback

1/14/14                                    Loss/Damage Claim Form | Delta Cargo

Country:                                   United States

*Phone Number:                             6462012442

*Email Address:                            andyg@yolyfarmers.com

*Confirm Email Address:                    andyg@yolyfarmers.com

**Claim Notification Details**
Written notifications of the specific damage being claimed must be provided to the Carrier within the proper time frame, by the party entitled to delivery, as listed on our Air Waybill, for both Domestic and international claims or no action may be brought against the Carrier.

LOSS/DAMAGE NOTIFICATION

Name (first & last):                       Phillip C Grieci

Title:                                     Airline representative

Initial Notification Location:             Delta JFK

Initial Notification Date:                 12/12/2013

Notification Method:                       In Person

INSPECTED BY:

Inspected By Name:                         Ed Pointrier

Inspection Date:                           12/12/2013

Title:                                     Airline representative

**Terms & Conditions**
All claims should be submitted within the proper time limits. Delay submitting could preclude consideration of your claim. See Condition of Carriage for more detail.

☑ *The foregoing statement of facts is hereby certified as correct.

*Type Name Here
(electronic signature):                    Andy Grullon

*Date:                                     01/14/2014

☑ By selecting, I am giving permission for Delta Cargo to send special offers and announcements to the email address I have provided. Cookies/Privacy/Security

SUBMIT

Contact Us    About Delta Cargo      Careers    Cookies/Privacy/Security    Legal    Site Map    Delta Air Lines    SkyTeam Cargo
Leadership.com

© 2014 Delta Air Lines, Inc.

[+] Feedback

12/18/13                                                Very bad handling.

**Very bad handling.**

Thu 12/12/2013 11:03 AM
**From:** Poirier, Ed
**To:** Delta, JFKPLCargo, Delta, JFKLeadCargo, Madden, Kevin, Maitland, R, Peter Ferrantelli, Lloyd Andrew,
reggie.hinton@swissport.com
**Cc:** Andyg@yolyfarmers.com

Flight 946/11 Dominicacana/JFK 217 PCS 3.276 kg arrived 1945 fresh
vegetables and valued frequent shipper. He was very upset with our
handling. His shipment sat out in the cold until 1230am in sub zero
degrees. Delta has paid many claims plus costs more to destroy and
many wasted man hours with CPB. Can we please have this expedited
back to 21A to avoid freezing. I am sure we can leave hard freight in the
cold rather than perishables. I will meet with this client and U.S.
Customs and Agriculture and check out the damage.

**DELTA AIR LINES INC.**



00635843371

## Delivery Slip and Receipt

Date    December 18, 2013 / 12:32

| Consignee | Notify |
|---|---|
| YOLI FARMERS CORPORATION<br>RIVERDALE<br>NEW YORK, NY<br>US 10471 | YOLI FARMERS CORPORATION<br>RIVERDALE<br>NEW YORK, NY<br>US10471 |

| Air Waybill<br>006-35843371 | Arrived Pieces<br>217 | Total Pieces<br>217 | Arrived Weight<br>7222.3 LB | Nature of Goods:<br>FRESH VEGETABLES | |
|---|---|---|---|---|---|
| Shipper's Name<br>BACUI ARRIBA IMPORT | | | | Total Collect Charges | 3036.50 USD |
| Airport of Departure<br>SANTO DOMINGO | | | | Handling Charge | Charges Collect Charge<br>245.70 USD |
| Check in Flight and Date<br>DL948/11DEC13 | | Arrival Date<br>11DEC13 | Storage Charge Start Date | | |
| Broker's Account No | Broker's Name | | | | |
| Consignee Remarks | | | | | |
| Other Remarks | | | | | |

| Location<br>1COOLA | Pieces<br>217 | Released By | Consignee Receipt | | Customs Goods |
|---|---|---|---|---|---|
| | | | Date | | |
| | | | Receipt | | |
| | | | Broker Stamp/Identification | Warehouse Charge Control | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Goods must be customs cleared before delivery.

Ref:6662

NYSPL
Andres Cerullon
11/17

X Andres Cerullon

120
97
217

put
Frozen
damaged
by weather



006 SDQ 3584 3371 — 006-3584 3371

**Shipper's Name and Address:**
BACUI ARRIBA IMPORT
PROVINCIA ESPALLAT
LA VEGA REPUBLICA DOMINICANA
PH: 809-574-3674

Not Negotiable — Air Waybill DELTA AIRLINES INC.

Issued by

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

**Consignee's Name and Address:**
YOLY FARMERS CORPORATION
RIVERDALE NY 10471
NEW YORK USA
PH: 718 374 6678

**Issuing Carrier's Agent Name and City:**
SEGEMA SRL
SANTO DOMINGO DOM. REP

Accounting Information: ALL CHARGES COLLECT

Agent's IATA Code: 92-9-8035

Airport of Departure (Addr. of First Carrier) and Requested Routing: LAS AMERICAS INTERNATIONAL AIRPORT

To: JFK — By First Carrier: DELTA AIRLINES

Currency: USD — CHGS Code: CC — X — X

Airport of Destination: J.F. KENNEDDY — Requested Flight/Date: DL0491/10Dec13

Amount of Insurance: XXX

INSURANCE – If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "amount of insurance".

Handling Information:
SHC:INT INS PEP PER FRE
KEEP IN COOLER UPON ARRIVAL. PERISHABLES

AC 5765 DL 941/11 Dec

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 217 | 3,276.0 | kg | Q PER | 3276.0 | K 0.75 | 2,457.00 | FRESH VEGETABLES<br>Dims:<br>19*13*08 IN = 12PC<br>19*13*13 IN = 205PC |
| 217 | 3,276 | K | | | | 2,457.00 | |

| | Prepaid | Collect |
|---|---|---|
| Weight Charge | | 2,457.00 |
| Valuation Charge | | |
| Tax | | |
| Total Other Charges Due Agent | | $163.80 |
| Total Other Charges Due Carrier | | 100.00 |
| Total Prepaid / Total Collect | | 2,720.80 |
| Currency Conversion Rates / CC Charges in Dest. Currency | | |
| For Carriers Use only at Destination / Charges at Destination | 215.70 | Total Collect Charges: 3,031.50 |

Other Charges: FUEL/SCC INCLUDE IN RATE
MAA: $163.80
MA: $100.00

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

BACUI ARRIBA IMPORT
Signature of Shipper or his Agent

DEC 10th, 2013 SDQ — SEGEMA, SRL M. Roberts
Executed on (date) — at (place) — Signature of Issuing Carrier or its Agent

006-3584 3371

Stamps: COLLECT; INTERNATIONAL; DELTA AIR LINES — STORAGE BEGINS — RATE PER DAY — ISC DATE; I.S.C. FEE; $50.00 PER SIMPLE OR ...; $40.00

AWB Charges

User-ID: 327651 Station: JFK Office: 001 Change
# AWB Charges
Logout Date: 11DEC13 Time: 21:32 Weight Unit: LB Volume Unit: CF

**1. View**

| Air Waybill | Collecting Payments On Behalf Of |
|---|---|
| 006  35843371 | ⦿ Sign-in Station  ○ Origin  ○ Destination |

**2. Detail**

| Product | Priority | Status | Pad | Exec Date | Export Payment Code | Import Payment Code | EU Customs |
|---|---|---|---|---|---|---|---|
| FRE | 3 | X | GB | 11DEC13 | CC | CS | |

| Routing | | Shipment Status | Total | Received | Released |
|---|---|---|---|---|---|
| SDQ  JFKDL | | GDS CHKD-IN | Pieces: 217 | 217 | 0 |

| Collect | Paid | Currency Code | Due | COD Due |
|---|---|---|---|---|
| 3036.50 | 3036.50 | USD | | |

**3. Entries**  Use The Context Menu To Reprint The Payment Or Invoice.

| Payment | Amount | Currency | Agent | Drawer | Time | Date | CC Code | Number | Expiration Date | Voucher | Authorization Code | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| +CHECK | 1000.00 | USD | 327651 | NOCASH03 | 2131 | 11DEC | | 109 | | | 1071 | |
| +CARD | 2036.50 | USD | 327651 | NOCASH03 | 2132 | 11DEC | VI | 8678 | 1216 | 35843371 | 349322 | |

**4. Actual Charges**

**5. Action**

| Method | Type | Amount | Check Number |
|---|---|---|---|
| | Plus(+) | USD | |

| Credit Card | Credit Card Number | Expires | Credit Card Holder's Name | Voucher | Authorization |
|---|---|---|---|---|---|
| VISA | | | | 35843371 | |

| Storage | Amount | Days | Calculated Amount | Days |
|---|---|---|---|---|
| No Storage | | | | |

| Final Status | | Status Remarks | |
|---|---|---|---|
| | | | |

*CK — 1,000⁰⁰*
*C card — 2,036⁵⁰*

# BACUI ARRIBA IMPORT

Bacui Arriba La Vega, Rep. Dom.
Prov. Espaillat, Rep. Dom.
TEL:  574-3674 FAX (809) 574-3674
FDA # 15980323786

FACTURA CLIENTE

| Client Informations: | Invoice |
|---|---|
| **YOLY FARMERS CORPORATION**<br>**Riverdale N.Y. 10471** | Invoice No:  001<br>Date: 11/12/13<br>Order No:<br>Comments: |

| Qty | Product | | Lbs | | | Price US$ | |
|---|---|---|---|---|---|---|---|
| Packs | | Unit | Total LBS | Price lb | box | TOTAL | |
| 5.00 | Bangaña China/Chinesse Long Squash | 45.00 | 225.00 | 2.99 | 134.55 | $672.75 | |
| 20.00 | Berengena China/Chinesse Eggplant | 35.00 | 700.00 | 3.99 | 139.65 | $2,793.00 | |
| 12.00 | Bangaña Culebra/Snake Gound | 30.00 | 360.00 | 3.99 | 119.70 | $1,436.40 | |
| 10.00 | Musu Chino/Chinesse Okra | 35.00 | 350.00 | 2.99 | 104.65 | $1,046.50 | |
| 20.00 | Cundeamor Indu/Indian Bittermelon | 35.00 | 700.00 | 4.99 | 174.65 | $3,493.00 | |
| 0.00 | Vainita Verde/Green Long Beans | 35.00 | 0.00 | 0.00 | 0.00 | $0.00 | |
| 49.00 | Valor Bean Chato/Broad Valor Bean | 20.00 | 980.00 | 5.99 | 119.80 | $5,870.20 | |
| 48.00 | Valor Bean Morado/Purple Valor Bean | 20.00 | 960.00 | 5.99 | 119.80 | $5,750.40 | |
| 5.00 | Berengena Indu/Indian Eggplant | 35.00 | 175.00 | 3.99 | 139.65 | $698.25 | |
| 0.00 | Valor Bean Verde/Green Valor Bean | 20.00 | 0.00 | 0.00 | 0.00 | $0.00 | |
| 10.00 | Aji Corto/Small Chilli | 30.00 | 300.00 | 4.99 | 149.70 | $1,497.00 | |
| 7.00 | Tindora Parvol/Tindora Parvol | 30.00 | 210.00 | 4.99 | 149.70 | $1,047.90 | |
| 5.00 | Buen Pan/Jack Fruit | 35.00 | 175.00 | 3.99 | 139.65 | $698.25 | |
| 5.00 | Castaño/Bread Nut | 40.00 | 200.00 | 3.99 | 159.60 | $798.00 | |
| 5.00 | Dosakai/Dosakai | 30.00 | 150.00 | 3.99 | 119.70 | $598.50 | |
| 16.00 | Bangaña Indu/Indian Long Squash | 45.00 | 720.00 | 4.99 | 224.55 | $3,592.80 | |

TOTAL  217.00                                   6,205.0                              $29,992.95

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

| | Seal Number: |
| --- | --- |
| **CHAIN OF CUSTODY** **EMERGENCY ACTION NOTIFICATION** | 0009527 |

| 1. Port Location: 4701  JFK TRADE | | 2. Date Issued: 12/12/2013 | |
| --- | --- | --- | --- |
| 3. Name and Quantity of Article(s): Valor beans    97 Ctns    880 Kg | | 4. Location of Article(s): ~~Port Encuder~~ Cargo   D L | |
| | | **CAUTION-SHIPMENT AUTHORIZED TO:** Agra Services Ltd. X    S.B.A Other: | |
| 6. Shipper: Bacul Arriba Import Bacul Arriba La Vega, Dominican Republic | | 7. Name of Carrier:  DL-946 | |
| | | 8. Shipment ID : Entry # and AWB 930-0268859-1        006-3584 3371 | |
| 9. Owner/Consignee of Article(s) Name: Yoli Farmers Corporation | | 10. Port of Lading: SDQ | 11. Date of Arrival: 12/11/2013 |
| Address: 6199 Spencer Terrace | | 12. ID of Pest(s), Noxious Weeds, or Article(s) Condition of entry | |
| Riverdale, Bronx, NY 10471 | | 12a. Pest ID Number: | 12b. Date Intercepted: 12/12/2013 |
| Phone: (718) 723-3800 | | 13. Country of Origin: Dominican Rep | 14. Grower Number: |
| Brokers Phone Number: (718) 723-3800 | Brokers FAX Number: (718) 723-3528 | 15. Foreign Phytosanitary Certificate Number: | |
| 15a. Place Issued: | 15b. Date: | 15c. SAIR Number: | |

Under Section 411, 412 and 414 of the Plant Protection Act (7 USC 7711, 7712 and 7714) and Sections 10404 through 10407 of the Animal Health Protection Act (7 USC 8303 through 8306), you are hereby notified, as owner or agent of the owner of said carrier, premises, and/or articles, to apply remedial measures for the pest(s), noxious weeds, and/or article(s) specified in item 12, in a manner satisfactory to and under the supervision of an CBP Agriculture Specialist. Remedial measures shall be in accordance within the action specified in item 16 and shall be completed within the time specified in item 17*.

After receipt of this notification, articles and/or carriers herein designated must not be moved except as directed by a CBP Agriculture Specialist.

| 16. Action Required: ___ Safeguard Pending I.D. ___ Destruction   ___ Re-Exportation X   Mandatory Treatment (Cond. Of Entry) | *Should the owner or owner's agent fail to comply with this order within the time specified below, DHS is authorized to recover from the owner or agent cost of any care, handling, application of remedial measures, disposal, or other action incurred in connection with the remedial action, destruction, or removal. |
| --- | --- |

17. After receipt of this notification complete specified action within (specify number of hours or number of days):

Hours: 24   Days:

| Agriculture Specialist Name: Ricardo De Jesús | Agriculture Specialist Signature: Ricardo De Jesús |
| --- | --- |

**ACKNOWLEDGEMENT OF RECEIPT OF EMERGENCY ACTION NOTIFICATION**

*I hereby acknowledge receipt of the foregoing notification.*

| Name: Andy Corullon | Title (Shipper/Broker/Consignee) Consignee | Signature: | Date/Time: 02/12/13 |
| --- | --- | --- | --- |
| | | | |
| Name: | USDA | Signature: | Date/Time: |

CBP Form AI-523A (10/09)

4/19/2014

Loss/Damage Claim Form | Delta Cargo

Log In | Home | Feedback | Support | 🔍 [_____] GO▸ | English ▾

At least one character must be entered to search.

CONTACT US | ABOUT DELTA CARGO | EVENTS

PRODUCTS & RATES    GETTING STARTED    WORLDWIDE FACILITIES    SCHEDULES & FLIGHT STATUS    SHIPPING TOOLS & INFORMATION



BOOK A SHIPMENT

TRACK A SHIPMENT

VIEW BILLING

HOME / SHIPPING TOOLS & INFORMATION / CLAIMS / LOSS OR DAMAGE CLAIM FORM

SHIPPING TOOLS & INFORMATION

  AIRCRAFT SPECIFICATIONS

  SHIPPING CONTAINERS & GUIDELINES

  CLAIMS

  REQUEST AWBS

  E-FREIGHT

## DELTA CARGO LOSS OR DAMAGE CLAIM

A case number will be assigned within 5 business days as detailed in the instructions for completing claim. Investigations begin when all supporting documents are received. Claims are worked in the order received.

*Required

*Master Air Waybill Number:    006-3583 5634

*Master Air Waybill Date:    01/13/2014

Customer's Reference Number:    YFC2014-01-13

## *Claim Description

| QUANTITY | WEIGHT (LBS/KG) | PRODUCT DESCRIPTION | REASON FOR CLAIM | CLAIM AMOUNT (USD) |
|---|---|---|---|---|
| 4 | 140/63.5 | Chinese Eggpla | Damaged | 558.80 |
| 3 | 105/47.63 | Chinese Okra | Damaged | 313.95 |
| 9 | 315/142.9 | Indian Bitter Me | Damaged | 1571.85 |
| 4 | 140/63.5 | Green Long Bea | Damaged | 838.60 |
| 4 | 80/36.29 | Broad Valor Bea | Damaged | 479.20 |
| 42 | 840/381 | Round Valor Be | Damaged | 5031.60 |
| 40 | 800/362.90 | Green Valor Bea | Damaged | 362.90 |
| 2 | 60/27.22 | Small Chilli | Damaged | 299.40 |
|  |  |  |  |  |
|  |  |  |  |  |
| Total Amount Claimed: 9456.099999999999 | | | | |

## Contact Information

*Contact First Name:    Andy

*Contact Last Name:    Grullon

Company Name:    Yoly Farmers

Job Title:

*Address:    6199 Spencer Terr, 1st Floor

Address 2:

*City:    Bronx

State/Province:    NY

ZIP/Postal Code:    10471

1/14/14

Loss/Damage Claim Form | Delta Cargo



**DELTA CARGO LOSS OR DAMAGE CLAIM**
A case number will be assigned within 5 business days as detailed in the instructions for completing claim. Investigations begin when all supporting documents are received. Claims are worked in the order received.

**\*Required**

**\*Master Air Waybill Number:** 006-3584 3371

**\*Master Air Waybill Date:** 12/10/2013

**Customer's Reference Number:** 2013–DEC-10B

**\*Claim Description**

| QUANTITY | WEIGHT (LBS/KG) | PRODUCT DESCRIPTION | REASON FOR CLAIM | CLAIM AMOUNT (USD) |
|---|---|---|---|---|
| 4 | 81.65 KG | Bread Fruit | cold burned dam | 638.40 |
| 12 | 163.29 KG | Snake Gourd | cold burned dam | 1,436.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total Amount Claimed: 2,074.80

**Contact Information**

**\*Contact First Name:** Andy

**\*Contact Last Name:** Grullon

**Company Name:** Yoly Farmers corp

**Job Title:**

**\*Address:** 6198 Spencer Terr, 1st FL

**Address 2:**

**\*City:** Riverdale

**State/Province:** New York

**ZIP/Postal Code:** 10471

4/19/2014                                Loss/Damage Claim Form | Delta Cargo

*Country:                              USA

*Phone Number:                         646-201-2442

*Email Address:                        andyg@yolyfarmers.com

*Confirm Email Address:                andyg@yolyfarmers.com

## Claim Notification Details

Written notifications of the specific damage being claimed must be provided to the Carrier within the proper time frame, by the party entitled to delivery as listed on our Air Waybill, for both Domestic and International claims or no action may be brought against the Carrier.

**LOSS/DAMAGE NOTIFICATION**

Name (first & last):                   Santiago Rivas, CBP USDA Inspec

Title:                                 Other                    ▼

Initial Notification Location:         JFK

Initial Notification Date:             01/14/2014

Notification Method:                   In Person                ▼

**INSPECTED BY:**

Inspected By Name:                     Santiago Rivas, USDA

Inspection Date:                       01/14/2014

Title:                                 Other                    ▼

## Terms & Conditions

All claims should be submitted within the proper time limits. Delay submitting could preclude consideration of your claim. See Condition of Carriage for more detail.

☑ * The foregoing statement of facts is hereby certified as correct

*Type Name Here                        Andy Grullon
(electronic signature):

*Date:                                 04/19/2014

☑ By selecting, I am giving permission for Delta Cargo to send special offers and announcements to the email address I have provided. Cookies/Privacy/Security

**SUBMIT**

Contact Us    About Delta Cargo    Careers    Cookies/Privacy/Security    Legal    Site Map    Delta Air Lines    SkyTeam Cargo
              Leadership Team

© 2014 Delta Air Lines, Inc.

Feedback

| 006 | 3583 5633 | | 006 | 3583 5634 |

**Shipper's Name and Address**
BACUI ARRIBA IMPORTT
BACUI ARRIBA LA VEGA REP?DOMINICANA
TEL 809 574 3674

**Shipper's Account Number**

**NOT NEGOTIABLE**
**Air Waybill**

Issued by **DELTA AIRLINES**

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

**Consignee's Name and Address**
YOLY FARMERS CORPORATION
RIVERDALE N.Y 10471
70 SCOTT AVE BROOKLY NY 11237
FX 718 717 7666

**Consignee's Account Number**

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Agent Name and City**
CARGO LOGISTICS?S.R.L
REP.DOMINICANA TEL 809 549 1170

**Accounting Information**
ALL CHARGE COLLECT

**Agent's IATA Code**
92-1-29 001/5

**Account No.**

**Airport of Departure (Addr. of First Carrier) and Requesting Routing**
DEL CIBAO INTEL AIRPORT

**Reference Number** | **Optional Shipping Information**

| **TO:** | **By First Carrier** / Routing and Destination | **TO** | **BY** | **TO** | **BY** | **Currency** | CHGS CODE | WT/VAL PPD COLL | OTHER PPD COLL | **Declared Value for Carriage** | **Declared Value for Customs** |
| JFK | DELTA CARGO | JFK DL | | | | USD | C | C | C | NVD | NVC |

**Airport of Destination**
JFK INTEL AIRPORT

**Requested Flight/Date**
536/13:01 2014

**Amount of Insurance**
XXXXXXXXX

**INSURANCE** - If carrier offers insurance, and such insurance is requested in accordance with conditions hereof, indicate amount to be insured in figures in box marked "Amount of insurance".

**Handling Information**
SHC FRE INS INT PER PER
PLEASE KEEP COOLER
These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Ultimate destination diversion contrary to U.S. law prohibited.

PLEASE NOTIFY ANDY GRULLON
PH 1646 201 2442

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
| 231PCS | 7725 LBS | | GEN | 3504 KG | 75 | 2,628.00 | FRESH VEGETABLES PERISHABLES CARGO DMS 19x13x08 in 10 PCS 19x13x13 in 221 PCS TOTAL 231 PCS |
| 231 | 3504 KGS | | | | | 2,628.00 | |

| **Prepaid** | **Weight Charge** | **Collect** | **Other Charges** |
| | 2,628.00 | | DUE AGENT 125.00 SEC & FUEL IS INCLUDED IN RATE |
| | **Valuation Charge** | | |
| | **Tax** | | |
| | **Total Other Charges Due Agent** 125.00 | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | **Total Other Charges Due Carrier** | | |
| | | | BACUI ARRIBA IMPORT |
| | | | Signature of Shipper or its Agent |
| **Total Prepaid** | **Total Collect** | | |
| | 2,753.00 | | hora 2 30 pm |
| **Currency Conversion Rates** | **CC Charges in Dest. Currency** | | 13.01.2014 STI CARGO LOGISTICS?S.R.L |
| | | | Executed on (date) at (place) Signature of Issuing Carrier or its Agent |
| **For Carriers Use Only at Destination** | **Charges at Destination** | **Total Collect Charges** | |

0412-90077 7/12

**ORIGINAL 1 (FOR ISSUING CARRIER)**

006 3583 5634

# BACUI ARRIBA IMPORT

Bacui Arriba La Vega, Rep. Dom.
Prov. Espaillat, Rep. Dom.
TEL: 574-3674 FAX (809) 574-3674
FDA # 15980323786

FACTURA CLIENTE

**Client Informations:**
YOLY FARMERS CORPORATION
Riverdale N.Y. 10471

**Invoice**
Invoice No: 002
Date: 12/01/14
Order No:
Comments:

| Qty Packs | Product | Lbs | | Price US$ | | |
|---|---|---|---|---|---|---|
| | | Unit | Total LBS | Price lb | box | TOTAL |
| 15.00 | Berengena China/Chinesse Eggplant | 35.00 | 525.00 | 3.99 | 139.65 | $2,094.75 |
| 10.00 | Musu Chino/Chinesse Okra | 35.00 | 350.00 | 2.99 | 104.65 | $1,046.50 |
| 19.00 | Cundeamor Indu/Indian Bittermelon | 35.00 | 665.00 | 4.99 | 174.65 | $3,318.35 |
| 7.00 | Vainita Verde/Green Long Beans | 35.00 | 245.00 | 5.99 | 209.65 | $1,467.55 |
| 10.00 | Valor Bean Chato/Broad Valor Bean | 20.00 | 200.00 | 5.99 | 119.80 | $1,198.00 |
| 52.00 | Valor Bean Morado/Purple Valor Bean | 20.00 | 1,040.00 | 5.99 | 119.80 | $6,229.60 |
| 9.00 | Berengena Surinam/ISurinam Eggplant | 35.00 | 315.00 | 3.99 | 139.65 | $1,256.85 |
| 48.00 | Valor Bean Verde/Green Valor Bean | 20.00 | 960.00 | 5.99 | 119.80 | $5,750.40 |
| 35.00 | Aji Corto/Small Chilli | 30.00 | 1,050.00 | 4.99 | 149.70 | $5,239.50 |
| 10.00 | Tindora Parvol/Tindora Parvol | 30.00 | 300.00 | 6.99 | 209.70 | $2,097.00 |
| 16.00 | Bangaña Indu/Indian Long Squash | 45.00 | 720.00 | 4.99 | 224.55 | $3,592.80 |
| **TOTAL 231** | | | **6,370** | | | **$33,291.30** |

2014/04/19  20:02:16      2    /76

4/19/2014

## Loss/Damage Claim Form | Delta Cargo

| | |
|---|---|
| *Country: | USA |
| *Phone Number: | 646-201-2442 |
| *Email Address: | andyg@yolyfarmers.com |
| *Confirm Email Address: | andyg@yolyfarmers.com |

**Claim Notification Details**
Written notifications of the specific damage being claimed must be provided to the Carrier within the proper time frame, by the party entitled to delivery as listed on our Air Waybill, for both Domestic and International claims or no action may be brought against the Carrier.

**LOSS/DAMAGE NOTIFICATION:**

| | |
|---|---|
| Name (first & last): | Santiago Rivas, CBP USDA Inspec |
| Title: | Other |
| Initial Notification Location: | JFK |
| Initial Notification Date: | 01/14/2014 |
| Notification Method: | In Person |

**INSPECTED BY:**

| | |
|---|---|
| Inspected By Name: | Santiago Rivas, USDA |
| Inspection Date: | 01/14/2014 |
| Title: | Other |

**Terms & Conditions**
All claims should be submitted within the proper time limits. Delay submitting could preclude consideration of your claim. See Condition of Carriage for more detail.

☑ * The foregoing statement of facts is hereby certified as correct

| | |
|---|---|
| *Type Name Here (electronic signature): | Andy Grullon |
| *Date: | 04/19/2014 |

☑ By selecting, I am giving permission for Delta Cargo to send special offers and announcements to the email address I have provided. Cookies/Privacy/Security

SUBMIT

Contact Us    About Delta Cargo    Careers    Cookies/Privacy/Security    Legal    Site Map    Delta Air Lines    SkyTeam Cargo

Leadership Team

© 2014 Delta Air Lines, Inc.

Feedback

http://www.deltacargo.com/ShippingTools/information/Claims/LossorDamageClaimForm.aspx

2/2

2014/04/19 20:02:16 3 76

006 3583 5633

006 3583 5634

| | |
|---|---|
| Shipper's Name and Address<br>BACUI ARRIBA IMPORT<br>BACUI ARRIBA LA VEGA REP.DOMINICANA<br>TEL 809 574 3674 | Shipper's Account Number | NOT NEGOTIABLE<br>Air Waybill<br>Issued by DELTA AIRLINES |

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.

Consignee's Name and Address
YOLY FARMERS CORPORATION
RIVERDALE N.Y 10471
70 SCOTT AVE BROOKLY NY 11237
CX 718 717 7666

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIERS LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City
CARGO LOGISTICS2S.R.L
REP.DOMINICANA TEL 809 549 1170

Accounting Information
ALL CHARGE COLLECT

| Agent's IATA Code | Account No. |
|---|---|
| 92-1-29 001/5 | |

Airport of Departure (Addr. of First Carrier) and Requested Routing
DEL CIBAO INTEL AIRPORT

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JFK | DELTA CARGO | JFK DL | | | | USD C | C | C | | NVD | NVC |

Airport of Destination
JFK INTEL AIRPORT 556 1/3 01 2014

Amount of Insurance
XXXXXXXX

INSURANCE If carrier offers insurance, and such insurance is requested in accordance with conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance"

Handling Information
SRC FRE INS INT PER PER
PLEASE KEEP COOLER

PLEASE NOTIFY ANDY GRULLON
PH 1646 201 2442

| No. of Pieces RCP | Gross Weight | | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 231 PCS | 7725 LBS | GEN | | 3504 KG | .75 | 2,628.00 | FRESH VEGETABLES<br>PERISHABLES CARGO<br>DMS 19x13x08 in 10 PCS<br>19x13x13 in 221 PCS<br>TOTAL 231 PCS |
| 231 | 3504 KGS | | | | | 2,628.00 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 2,628.00 | | DUE AGENT 125.00<br>SEC & FUEL IS INCLUDED IN RATE |

Valuation Charge

Tax

Total Other Charges Due Agent
125.00

Total Other Charges Due Carrier

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

BACUI ARRIBA IMPORT
Signature of Shipper or his Agent

hora 2.30 pm

| Total Prepaid | Total Collect |
|---|---|
| | 2,753.00 |

| Currency Conversion Rates | CC Charges in Dest. Currency | 13.01.2014 | STI CARGO LOGISTICS2S.R.L |
|---|---|---|---|
| | | Executed on (date) at (place) | Signature of Issuing Carrier or its Agent |

| For Carrier's Use Only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|
| | | 006 3583 5634 |

G42SX077 7/2

ORIGINAL 1 (FOR ISSUING CARRIER)

# BACUI ARRIBA IMPORT

Bacui Arriba La Vega, Rep. Dom.
Prov. Espaillat, Rep. Dom.
TEL: 574-3674 FAX (809) 574-3674
FDA # 15980323786

**FACTURA CLIENTE**

| Client Informations: |
| --- |
| **YOLY FARMERS CORPORATION** |
| **Riverdale N.Y. 10471** |

| Invoice |
| --- |
| **Invoice No: 002** |
| **Date: 12/01/14** |
| **Order No:** |
| **Comments:** |

| Qty | Product | Lbs | | Price US$ | | |
| --- | --- | --- | --- | --- | --- | --- |
| Packs | | Unit | Total LBS | Price lb | box | TOTAL |
| 15.00 | Berengena China/Chinesse Eggplant | 35.00 | 525.00 | 3.99 | 139.65 | $2,094.75 |
| 10.00 | Musu Chino/Chinesse Okra | 35.00 | 350.00 | 2.99 | 104.65 | $1,046.50 |
| 19.00 | Cundeamor Indu/Indian Bittermelon | 35.00 | 665.00 | 4.99 | 174.65 | $3,318.35 |
| 7.00 | Vainita Verde/Green Long Beans | 35.00 | 245.00 | 5.99 | 209.65 | $1,467.55 |
| 10.00 | Valor Bean Chato/Broad Valor Bean | 20.00 | 200.00 | 5.99 | 119.80 | $1,198.00 |
| 52.00 | Valor Bean Morado/Purple Valor Bean | 20.00 | 1,040.00 | 5.99 | 119.80 | $6,229.60 |
| 9.00 | Berengena Surinam/ISurinam Eggplant | 35.00 | 315.00 | 3.99 | 139.65 | $1,256.85 |
| 48.00 | Valor Bean Verde/Green Valor Bean | 20.00 | 960.00 | 5.99 | 119.80 | $5,750.40 |
| 35.00 | Aji Corto/Small Chilli | 30.00 | 1,050.00 | 4.99 | 149.70 | $5,239.50 |
| 10.00 | Tindora Parvol/Tindora Parvol | 30.00 | 300.00 | 6.99 | 209.70 | $2,097.00 |
| 16.00 | Bangana Indu/Indian Long Squash | 45.00 | 720.00 | 4.99 | 224.55 | $3,592.80 |
| TOTAL 231 | | | 6,370 | | | $33,291.30 |

AWB Charges                  2014/04/19 20:02:16      5   /6                Page 1 of 1

User/O. 287531, Station_JFK_Office_001_Change        **AWB Charges**        Logout Date: 14JAN14 & Time: 10:30  Weight Unit: LB  Volume Unit: CF

**1. View**

| Air Waybill | | Collecting Payment On Behalf Of | | |
|---|---|---|---|---|
| 006 | 35835634 | ● Sign-In Station | ○ Origin | ○ Destination |

**2. Detail**

| Product | Priority | Status | Pad | Exec Date | Export Payment Code | Import Payment Code | EU Customs |
|---|---|---|---|---|---|---|---|
| FRE | 3 | X | 0 | 13JAN14 | CC | CS | |

| Routing | | | | | Shipment Status | | Total | Received | Released |
|---|---|---|---|---|---|---|---|---|---|
| STI | JFKDL | | | | CHECK STAT | Pieces: 221 | 223 | 0 |

| Collect | Paid | Currency Code | Due | COD Due |
|---|---|---|---|---|
| 3085.80 | 3085.80 | USD | | |

**3. Entries**   Use The Context Menu To Repeat The Payment Or Invoice.

| Payment | Amount | Currency | Agent | Drawer | Time  Date | CC Code | Number | Expiration Date | Voucher | Authorization Code | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| •CARD | 2085.80 USD | | 287531 | NOCASH-DS | 1024 14JAN | V1 | 9991 | 0416 35835634 | | 382191 | |
| •CHECK | 1000.00 USD | | 283531 | NOCASH-DS | 1030 14JAN | | 691 | | | 1283 | |

**4. Actual Charges**

**5. Action**

| Method | | Type | | Amount | | Check Number |
|---|---|---|---|---|---|---|
| | | Plus(+) | | | USD | |

| Credit Card | | Credit Card Number | Express | Credit Card Holder's Name | Voucher | Authorization |
|---|---|---|---|---|---|---|

| Storage | | Amount | | Days | | Calculated Amount | | Days |
|---|---|---|---|---|---|---|---|---|
| No Storage | | | | | | | | |
| Final State | | | | Status Remarks | | | | |

$3085 ⁰⁰

CC – 2,085⁸⁰

ck – 1,000⁰⁰

2014/04/19 20:02:16    6   /6



DELTA AIR LINES INC.

||||||||||||||||||||||||
00635835634

# Delivery Slip and Receipt

Date    January 14, 2014 / 22:38

| Consignee | Notify |
|---|---|
| YOLY FARMERS CORPORATION | YOLY FARMERS CORPORATION |
| 70SCOTT AVE BROOKLYN RIVERDALE | 70SCOTT AVE BROOKLYN RIVERDALE |
| NEW YORK, NY | NEW YORK, NY |
| US 11237 | US 11237 |

| Air Waybill | | Arrived Pieces | Total Pieces | Arrived Weight | Nature of Goods |
|---|---|---|---|---|---|
| 006-35835634 | | 223 | 231 | 5125.0 LB | FRESH VEGETABLE |

| Shipper's Name | Total Collect Charges |
|---|---|
| BACUI ARRIBA IMPORT | 3085.80 USD |

| Airport of Departure | Handling Charge | Charges Collect Charge |
|---|---|---|
| SANTIAGO DR | | 262.80 USD |

| Check In Flight and Date | Arrival Date | Storage Charge Start Date |
|---|---|---|
| DL556/13JAN14 | 14JAN14 | |

Broker's Account No/ Broker's Name

Consignee Remarks

Other Remarks

| Location | Pieces | Released By | Consignee Receipt | | Customs Goods |
|---|---|---|---|---|---|
| 1WHSE | 92 | | | | |
| 1COOLA | 66 | | Date | | |
| 21PALLETS | 73 | | Receipt | | |
| | | | Broker Stamp/Identification | Warehouse Charge Control | |

Goods must be customs cleared before delivery.
Ref:3172

N Y DL
ANDRES GRULLON

X _____

110 valor Beans
7 Long Beans
16 Long squash
133 Fungus
Damaged
shown to
USDA inspector





## DELTA CARGO LOSS OR DAMAGE CLAIM

A case number will be assigned within 5 business days as detailed in the instructions for completing claim. Investigations begin when all supporting documents are received. Claims are worked in the order received.

*Required

*Master Air Waybill Number: 006-3585 1830

*Master A/F Waybill Date: 02/01/2014

Customers Reference Number: 2014-02-01

*Claim Description:

| QUANTITY | WEIGHT (LBS/KG) | PRODUCT DESCRIPTION | REASON FOR CLAIM | CLAIM AMOUNT (USD) |
|---|---|---|---|---|
| 1 | 20.41 | India Long Squa | Damaged | 134.55 |
| 2 | 31.75 | Chinese Eggpla | Damaged | 279.30 |
| 10 | 158.76 | Green Longbear | Damaged | 2096.50 |
| 30 | 272.16 | Broad Valor Bei | Damaged | 3594.00 |
| 26 | 235.87 | Purple Valor Be | Damaged | 3114.60 |
| 10 | 138.08 | Green Valor Be | Damaged | 1797.00 |
| 10 | 138.08 | Small Chilli | Damaged | 1497.00 |
| 6 | 81.65 | Tindore Parval | Damaged | 998.20 |
| 4 | 93.50 | Jack Fruit | Damaged | 458.60 |
| | | | | |

Total Amount Claimed: 13969.950000000003

*Contact Information:

*Contact First Name: Andy

*Contact Last Name: Grulton

Company Name: Yoly Farmers

Job Title: Dir

*Address: 6199 Spencer Terr, 1st FL

*Address 2:

*City: Riverdale

*State/Province: NEW YORK

*ZIP/Postal Code: 10471

2/5/2014                                   Loss/Damage Claim Form | Delta Cargo

Country:                                    United States

*Phone Number:                              6462012442

*Email Address:                             andyg@yolyfarmera.com

*Confirm Email Address:                     andyg@yolyfarmera.com

**Claim Notification Details**
Written notifications of the specific damage being claimed must be provided to the Carrier within the proper time frame, by the party entitled to delivery, as listed on our Air Waybill, for both Domestic and International claims or no action may be brought against the Carrier.

LOSS/DAMAGE NOTIFICATION:

Name (first & last):                        Carlos Maya

Title:                                      Airline representative ▼

Initial Notification Location:              Delta Cargo JFK

Initial Notification Date:                  02/02/2014

Notification Method:                        In Person ▼

INSPECTED BY:

Inspected By Name:                          Carlos Maya

Inspection Date:                            02/02/2014

Title:                                      Airline representative ▼

**Terms & Conditions**
All claims should be submitted within the proper time limits. Delay submitting could preclude consideration of your claim. See Condition 9 of Carriage for more detail.

☑ * The foregoing statement of facts is hereby certified as correct

*Type Name Here
(electronic signature):                     Andy Grullon

*Date:                                      02/05/2014

☑ By selecting, I am giving permission for Delta Cargo to send special offers and announcements to the email address I have provided. Cookies/Privacy/Security

**SUBMIT**

Contact Us    About Delta Cargo/      Careers    Cookies/Privacy/Security    Legal    Site Map    Delta Air Lines    SkyTeam Cargo
              Leadership Team

© 2014 Delta Air Lines, Inc.

[-] Feedback

| Shipper's Name and Address | | | Shipper's Account Number | | NOT NEGOTIABLE | | 006  3588 1330 |
|---|---|---|---|---|---|---|---|
| BACUI ARRIBA IMPORT | | | | | Air Waybill | | **DELTA AIR LINES, INC.** |

BACUI ARRIBA, LA VEGA
REPUBLICA DOMINICANA
TEL.: 809 574 3674 / FAX: 809-574 3674

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| YOLY FARMERS CORPORATION | |
| 70 SCOTT AVE. BROOKLYN, N.Y. 11237 | |
| RIVERDALE, NY, 10471,USA | |
| FAX: 718 717 7600 | |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| PILARTE CARGO, SRL | |
| SANTO DOMINGO, REPUBLICA DOMINICANA | PLEASE NOTIFY TO: ANDY GRULLON |
| | PHONE 1 646 201 2447 |

| Agent's IATA Code | | Account No. | |
|---|---|---|---|

| Airport of Departure (Addr. of First Carrier) and Requesting Routing | | | Reference Number | | Optional Shipping Information | |
|---|---|---|---|---|---|---|
| LAS AMERICAS INTERNATIONAL AIRPORTS | | | | | | |

| To | By First Carrier | Routing and Destination | To | By | To | By | Currency | CHGS Code | WT/VAL PPD COLL | OTHER PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JFK | DELTA AIR LINES, INC. | | | | | | USD | | X X X | | NVD | XXX |

| Airport of Destination | Requested Flight/Date | | Amount of Insurance | INSURANCE - If Carrier offers insurance, and such insurance is requested in accordance with conditions hereof, indicate amount to be insured in figures in box marked "Amount of Insurance". |
|---|---|---|---|---|
| JFK | | | XXX | |

Handling Information

**FRESH VEGETABLES /// PERISHABLES SHIPMENT**
**DMS INSATURE/DET DET**

| No. of Pieces RCP | Gross Weight | | Rate Class Commodity Item No. | | Chargeable Weight | Rate / Charge | | Total | | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|---|---|---|
| 232 | 3235.0 | | FRE | | | | | 2428.25 | | **FRESH VEGETABLES** |
| | | | | | | | | | | **PERISHABLES SHIPMENT** |
| | | | | | | | | | | **DMS** |
| | | | | | | | | | | 19X13X13 IN = 217 |
| | | | | | | | | | | 18X13X06 IN = |

| | Prepaid | | Weight Charge | | Collect | Other Charges |
|---|---|---|---|---|---|---|
| | | | | | | FUEL AND SEC. INCLUDED IN RATE |

| | Valuation Charge | |
|---|---|---|

| | Tax | |
|---|---|---|

| | Total Other Charges Due Agent | |
|---|---|---|

| | Total Other Charges Due Carrier | |
|---|---|---|

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

**BACUI ARRIBA IMPORT**

Signature of Shipper or his Agent

| | Total Prepaid | | Total Collect |
|---|---|---|---|

| Currency Conversion Rates | CC Charges in Dest. Currency |
|---|---|

| For Carrier's Use Only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|

Executed on (date) _____ at (place) _____

Signature of Issuing Carrier or its Agent

006

0412-60332  2/10                **ORIGINAL 3 (FOR SHIPPER)**

## AWB Charges

User-ID: 635195  Station: JFK  Office: 001  *Change*    Logout Date: 02FEB14  Time: 17:19  Weight Unit: LB  Volume Unit: CF

**1. View**

Air Waybill: 006  35851830    Collecting Payments On Behalf Of
⦿ Sign-in Station    ○ Origin    ○ Destination    [Retrieve]

**2. Detail**

| Product | Priority | Status | Pad | Exec Date | Export Payment Code | Import Payment Code | EU Customs |
|---------|----------|--------|-----|-----------|---------------------|---------------------|-----------|
| FRE | 3 | X | GHB | 31JAN14 | CC | CS | |

Routing: SDQ  JFKDL    Shipment Status: GDS CHKD-IN   Pieces: 232   Total: 232   Received: 232   Released: 0

| Collect | Paid | Currency Code | Due | COD Due |
|---------|------|---------------|-----|---------|
| 2838.88 | 2838.88 | USD | | |

**3. Entries**    *Use This Context Menu To Reprint The Payment Or Invoice.*

| Payment | Amount | Currency | Agent | Drawer | Time | Date | CC Code | Number | Expiration Date | Voucher | Authorization Code | Remarks |
|---------|--------|----------|-------|--------|------|------|---------|--------|-----------------|---------|--------------------|---------|
| +CARD | 2838.88 | USD | 635195 | NOCASH47 | 17:19 | 02FEB | DS | ***********9681 | 0119 | 35851830 | 00276B | |

**4. Actual Charges**

**5. Action**

| Method | Type | Amount | Check Number |
|--------|------|--------|--------------|
| | Plus(+) | USD | |

| Credit Card | Credit Card Number | Expires | Credit Card Holder's Name | Voucher | Authorization |
|-------------|--------------------|---------|---------------------------|---------|---------------|
| DISCOVER | | | | 35851830 | |

| Storage | Amount | Days | Calculated Amount | Days |
|---------|--------|------|-------------------|------|
| No Storage | | | ********** | |

Final Status    Status Remarks    [Update]

# BACUI ARRIBA IMPORT

Bacui Arriba La Vega, Rep. Dom.
Prov. Espaillat, Rep. Dom.
TEL: 574-3674 FAX (809) 574-3674
FDA # 15980323786

FACTURA CLIENTE

| Client Informations: |
| --- |
| **YOLY FARMERS CORPORATION** |
| Riverdale N.Y. 10471 |

| Invoice |
| --- |
| Invoice No: 005 |
| Date: 02/01/14 |
| Order No: |
| Comments: |

| Qty Packs | Product | Lbs Unit | Total LBS | Total Kgs | Price lb | box | Price US$ TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 13.00 | Bangaña Indu/Indian Long Squash | 45.00 | 585.00 | 265.35 | 2.99 | 134.55 | $1,749.15 |
| 5.00 | Berengena China/Chinese Eggplant | 35.00 | 175.00 | 79.38 | 3.99 | 139.65 | $698.25 |
| 15.00 | Vainita Verde/Green Long Beans | 35.00 | 525.00 | 238.14 | 5.99 | 209.65 | $3,144.75 |
| 45.00 | Valor Bean Chato/Broad Valor Bean | 20.00 | 900.00 | 408.23 | 5.99 | 119.80 | $5,391.00 |
| 76.00 | Valor Bean Morado/Purple Valor Bean | 20.00 | 1,520.00 | 689.46 | 5.99 | 119.80 | $9,104.80 |
| 30.00 | Valor Bean Verde/Green Valor Bean | 30.00 | 900.00 | 408.23 | 5.99 | 179.70 | $5,391.00 |
| 30.00 | Aji Corto/Small Chilli | 30.00 | 900.00 | 408.23 | 4.99 | 149.70 | $4,491.00 |
| 10.00 | Tindora Parvol/Tindora Parvol | 30.00 | 300.00 | 136.08 | 4.99 | 149.70 | $1,497.00 |
| 8.00 | Buen Pan/Jack Fruit | 35.00 | 280.00 | 127.01 | 3.99 | 139.65 | $1,117.20 |
| **TOTAL** 232.00 | | | **6,085.0** | **2,760.1** | | | **$32,584.15** |

2/5/2014                                    Feb 01-2014 Fresh vegs DL-946 AWB-006-3585 1380

Feb 01-2014 Fresh vegs DL-946 AWB-006-3585 1380

Sat 2/1/2014 11:49 AM
**From:** Andy Grullon
**To:** Poirier, Ed, Delta, JFKPLCargo, Delta, JFKLeadCargo, Madden, Kevin, Maitland, R, Peter Ferrantelli, Lloyd Andrew, reggie.hinton@swissport.com
**Cc:** Tsang, Damon, philip.grieci@delta.com

Hello Everyone,

We are expecting a shipment from SDQ, DL-946 today, which arrives at about 7PM.
258 boxes of fresh vegetables.
If all 258 cannot make it to that flight, they will probably be in the next flight DL-947,
which arrives at about 11:56 PM.

Temperature expect to be cold tonight, I'd appreciate if we can get some
team effort and get all these boxes in the warehouse and into the cooler ASAP, in
this shipment we have Valor beans and they will be damaged by this temperature.

Please confirm when something has been set.

Thanks

    Andy Grullon



Yoly Farmers Corporation
Riverdale NY 10471
Office (718) 374-6678.
Fx 718-717-7666
Cell 1+(646) 201-2442
AndyG@yolyfarmers.com
www.yolyfarmers.com (http://www.yolyfarmers.com)

---

## Re: Feb 01-2014 Fresh vegs DL-946 AWB-006-3585 1380

Sun 2/2/2014 10:01 AM
From: Andy Grullon
To:  Grieci, Philip

---

Thanks Phil

Andy Grullon



Yoly Farmers Corporation
Riverdale NY 10471
Office (718) 374-6678.
Fx 718-717-7666
Cell 1+(646) 201-2442
AndyG@yolyfarmers.com
www.yolyfarmers.com (http://www.yolyfarmers.com)

---

**From:** "Grieci, Philip" <Philip.Grieci@delta.com>
**Sent:** Saturday, February 01, 2014 3:24 PM
**To:** "andyg@yolyfarmers.com" <andyg@yolyfarmers.com>
**Cc:** "Poirier, Ed" <Ed.Poirier@delta.com>, "Delta, JFKPLCargo" <Delta.JFKPLCargo@delta.com>, "Delta, JFKLeadCargo" <Delta.JFKLeadCargo@delta.com>, "Madden, Kevin" <Kevin.Madden@delta.com>, "Maitland, R" <R.Maitland@delta.com>, "Peter Ferrantelli" <peter.ferrantelli@swissport.com>, "Lloyd Andrew" <andrew.lloyd@swissport.com>, "reggie.hinton@swissport.com" <reggie.hinton@swissport.com>, "Tsang, Damon" <Damon.Tsang@delta.com>
**Subject:** Re: Feb 01-2014 Fresh vegs DL-946 AWB-006-3585 1380

We will get them to the facility as sop as they are off loaded!

Phil Grieci

On Feb 1, 2014, at 11:49 AM, "Andy Grullon" <andyg@yolyfarmers.com<mailto:andyg@yolyfarmers.com>> wrote:


Hello Everyone,

We are expecting a shipment from SDQ, DL-946 today, which arrives at about 7PM.
258 boxes of fresh vegetables.
If all 258 cannot make it to that flight, they will probably be in the next flight DL-947,
which arrives at about 11:56 PM.